of force and threats to coerce the victim. Affirmed. Rule 84.16(b).

■

**William E. WRODA, Respondent,**

v.

**GLENCOVE PROPERTIES,
Defendant,**

and

**Missouri State Treasurer as Custodian of Second Injury Fund, Appellant.**

**No. WD 61985.**

Missouri Court of Appeals,
Western District.

Sept. 30, 2003.

Bertram Cooper and Kurt C. Hoener, St. Louis, MO, for Respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael W. Blum, Assistant Attorney General, Jefferson City, MO, for Appellant.

Before ULRICH, P.J., and HOWARD and NEWTON, JJ.

### Order

PER CURIAM.

The Missouri State Treasurer, as custodian of the Second Injury Fund, appeals from a final award of a majority of the Labor and Industrial Relations Commission. The Commission found that respondent, William Wroda, was permanently and totally disabled and entered a final award allowing compensation from the

Fund and modifying the award of the administrative law judge.

Appellant maintains that the Commission's award is against the overwhelming weight of the evidence. We affirm. Rule 84.16(b).